Robert E. CLUNE et al., Plaintiffs-Appellants,

v.

PUBLISHERS' ASSOCIATION OF NEW YORK CITY et al., Defendants-Appellees.

No. 309, Docket 28085.

United States Court of Appeals
Second Circuit.

Argued March 5, 1963.

Decided March 6, 1963.

John R. Harold, of Harold, Luca, Persky & Mozer, New York City, for the plaintiffs-appellants.

John R. Schoemer, Jr., of Townley, Updike, Carter & Rodgers, New York City (Philip D. Pakula and Lorentz W. Hansen, New York City, on the brief), for defendants-appellees.

Before CLARK and WATERMAN, Circuit Judges, and ANDERSON, District Judge.

PER CURIAM.

The judgment for defendants is affirmed on the opinion of District Judge Levet, D.C., 214 F.Supp. 520.